## KIEL v. STATE.

### No. 23503.

Court of Criminal Appeals of Texas.

Dec. 4, 1946.

No appearance for appellant.

A. C. Winborn, Cr. Dist. Atty., and E. T. Branch, Asst. Cr. Dist. Atty., both of Houston, and Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted for unlawfully carrying a pistol and given a sentence of one year in jail.

The record is before this court without a statement of facts or bill of exceptions. The proceedings appear regular in every respect. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.